UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAKEISHA HOLLOWAY,

Plaintiff

v.

PAROLE BOARD OF NEVADA, et al.,

Defendants

Case No. 2:26-cv-03868-JAD-DJA

**ORDER**

## I. DISCUSSION

On November 18, 2026, pro se plaintiff Lakeisha Holloway, an inmate in the custody of the Nevada Department of Corrections, submitted two applications to proceed *in forma pauperis*. (ECF Nos. 1, 1-1). Plaintiff did not file a complaint. The Court notes that Plaintiff recently opened a different case against the same Defendants. *See* Case No. 2:26-cv-03758-GMN-DJA. In that case, Plaintiff was directed to pay the filing fee or file a complete application to proceed *in forma pauperis*. Thus, it appears possible that the application to proceed *in forma pauperis* was intended for that case. Because Plaintiff did not write a case number, the application to proceed *in forma pauperis* was filed in a new case.

If Plaintiff intended to open this new case, then she must file a complaint in this case. *See* Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the court."). The Court gives Plaintiff until **December 21, 2026**, to file a complaint in this case.

Alternatively, if Plaintiff intended to file the application to proceed *in forma pauperis* in her previously opened case, she may file a notice to voluntarily dismiss this case by **December 21, 2026**. In order to ensure that her documents are filed in the correct case, she should always write the case number on her filings.

## II. CONCLUSION

IT IS THEREFORE ORDERED that Plaintiff has **until December 21, 2026**, to either file a complaint or file a notice of voluntary dismissal in this case.

The Clerk of the Court is directed to send Plaintiff this Court's approved 42 U.S.C. § 1983 complaint form with instructions for the same.

DATED: November 20, 2026

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE